**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michael Fitzgerald Hubbard,                                    No. 25-cv-2477 (KMM/LIB)

      Plaintiff,

v.                                                                                **ORDER**

The Duluth Township,

      Defendant.

---

In a Report and Recommendation ("R&R") dated April 15, 2026, ten months after the filing of the Complaint, United States Magistrate Judge Leo I. Brisbois recommended that Plaintiff Michael Fitzgerald Hubbard's Complaint be dismissed without prejudice for failure to timely serve Defendant The Duluth Township with summons and the Complaint. (Dkt. 16.) In a March 2, 2026 Order, Judge Brisbois explained how Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90 days of filing of a complaint, that Mr. Hubbard had missed that deadline here, and that Mr. Hubbard needed to demonstrate good cause for the failure to do so to avoid dismissal of his case without prejudice pursuant to the Rule. (Dkt. 15.) In the April 15 R&R, Judge Brisbois concluded that Hubbard neither served the Complaint within the time allotted under Rule 4(m) nor demonstrated good cause for the failure. (Dkt. 16 at 1–2.)

Mr. Hubard did not object to the R&R within the 14-day objections period, *see* D. Minn. LR 72.2(b)(1), nor in the additional two weeks since the period expired. Therefore,

1

the Court reviews the matter for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Finding none, the Court adopts the R&R and dismisses the Complaint without prejudice. Fed. R. Civ. P. 4(m) (mandating that dismissal pursuant to Rule 4(m) be without prejudice); *Carmona v. Ross*, 376 F.3d 829, 831 (8th Cir. 2004) (per curiam) (reiterating).

Based on the above, and on the full record before the Court, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Dkt. 16) is **ACCEPTED**;

2. Plaintiff Michael Fitzgerald Hubbard's Complaint (Dkt. 1) is **DISMISSED without prejudice**.

**Let Judgment Be Entered Accordingly**

Date: May 15, 2026

 *s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge